EXHIBIT I

Preliminary Comparison of General Motors vehicles using the MOST bus with U.S. Patent No. 6,526,460

| Claim language | Applicability |
|---|---|
| 1. A vehicle communications system, comprising: | General Motors sells vehicles that include a vehicle communications system incorporating MOST technology.<br><br>• MOST (Media Oriented Systems Transport) is a high-speed multimedia network technology optimized by the automotive industry. It can be used for applications inside or outside the car.<br><br>The serial MOST bus uses a ring topology and synchronous data communication to transport audio, video, voice and data signals via plastic optical fiber (POF) (MOST25, MOST50, MOST150) or electrical conductor (MOST50) physical layers.<br><br>MOST technology is used in almost every car brand worldwide, including Audi, BMW, Hyundai, Jaguar, Land Rover, Mercedes-Benz, Porsche, Toyota, Volkswagen and Volvo.<br><br>*http://electronics.stackexchange.com/questions/23197/open-source-version-of-most*.<br><br>**MOST Cooperation**<br>In 1998, BMW, Daimler, Harman/Becker and SMSC (formerly OASIS SiliconSystems) founded the MOST Cooperation [2]. Since that time, MOST has established itself as a de-facto standard for the transmission of multimedia data in the vehicle – the MOST Cooperation is made up of 15 international automotive OEMs and more than 70 device producers. The user organization laid the foundation for success of the technology by defining an extensive specification. Version 2.5 of the MOST specification has been in existence since October 2006. It is organized into the areas of Application, Network and Hardware. |



Preliminary Comparison of General Motors vehicles using the MOST bus with U.S. Patent No. 6,526,460

| | |
|---|---|
| | https://web.archive.org/web/20150607015526/http://www.vector.com/portal/medien/cmc/press/PTR/SerialBusSystems_Part5_ElektronikAutomotive_200712_PressArticle_EN.pdf at 1.<br><br>Introduced in this post is MOST Bus (Media Oriented Systems Transport), namely MOST 50 and is the only MOST system utilized on **General Motors** vehicles.<br><br>The focus will be on the wired MOST 50 as used since 2014 on GM trucks with Next Generation Infotainment (NGI) systems and available on other models with NGI infotainment system families.<br><br>MOST 50 bus is a "ring" type data bus using a twisted pair serial data bus beginning at the radio and ending at the radio. As with many networks where the bus connects to multiple modules (nodes), there are also a number of other inputs and outputs to these nodes on the bus, required for it to function.<br><br>https://diag.net/msg/m4fyw8nk9sugsj0ylwk7krbwkw. |
| a plurality of equipment units for transmitting, receiving, acquiring and/or processing data for executing applications; | General Motors vehicles utilizing the MOST bus include a plurality of equipment units for transmitting, receiving, acquiring and/or processing data for executing applications.<br><br>    Automobiles have evolved from having a simple radio with perhaps a cassette or CD player to having a variety of sophisticated entertainment and information systems that need to communicate and interact with each other and with a human user. As a matter of fact, automotive systems are more feature-rich than many other A/V applications such as home A/V distribution, security A/V systems and industrial applications. MOST offers an optimized architecture for the real-time transport of audio, video, data and control. It is the backbone of modern infotainment systems. Cars today include GPS navigation systems that can work in conjunction with the built-in telephone to locate a stolen car. MOST provides a switching fabric as the foundation to create such efficient system architectures with well defined interfaces. |



Preliminary Comparison of General Motors vehicles using the MOST bus with U.S. Patent No. 6,526,460

| | |
|---|---|
| | 
http://web.archive.org/web/20131130041425/http://www.mostcooperation.com/technology/introduction/index.html.

**MOST Multimedia Network**
MOST technology meets 2 essential requirements:

1. The MOST bus transports control data as well as data from audio, video, navigation and other services (SMS=Short Message Service, TMC =Traffic Message Channel, in other markets).

2. MOST technology provides a logical framework model for control of the variety and complexity of data: the MOST Application Framework.  The MOST Application Framework organizes the functions of the overall system.

MOST is able to control and dynamically manage functions that are distributed in the vehicle. |



Preliminary Comparison of General Motors vehicles using the MOST bus with U.S. Patent No. 6,526,460

|  | **Optical Bus** |
|---|---|
|  | The MOST bus is a plastic optical waveguide. The MOST bus is coded in green in the E65 (Repair cables are black in color). The light wavelength is 650 nm (red light). The MOST bus requires the following converter components: <br><br> • Optical transmitter <br> • Optical receiver <br><br> Each control unit of the MOST framework contains a transmitter and a receiver. The transmitter and receiver have been developed by BMW. The low closed circuit (rest) current properties of the transmitter and receiver enable optical wake-up by the MOST bus. <br><br> MOST Bus Specification at 3, 6. |
| a plurality of hardware interfaces each associated with one of said plurality of equipment units; | General Motors vehicles utilizing the MOST bus include a plurality of hardware interfaces each associated with one of said plurality of equipment units. <br><br> **Control Unit/Control Unit Connection** <br> The MOST ring is composed of optical point-to-point connections between 2 control units. Each control unit has a network interface. The network interface consists of: <br><br>  <br><br> • An opto-electrical converter (optical waveguide receiver, already mentioned). |

4



- An opto-electrical converter (optical waveguide transmitter, already mentioned).
- A MOST transceiver (interface between the optical waveguide receiver/transmitter and the electronic network driver).

On the application level, a control unit in the MOST framework contains stand-alone function units, so-called function blocks. Examples of function blocks include:
- Tuners
- Amplifiers
- CD players

A control unit can contain several function blocks at one time, e.g. the AVT contains the functions:
- Antenna
- Amplifier
- Tuner

MOST Bus Specification at 7.

### Functional modeling

A MOST device is subdivided into a functional level and a network level (MOST Network Interface). On the functional level, infotainment functionalities are embodied in so-called function blocks. Each function block, e.g. the Audio Disk Player, provides the MOST network with a dedicated set of functions, e.g. "Track position", that can be accessed by operation types such as "Set" for setting a track or "SetGet" for setting and reading a track (Figure 1).

Functional addresses (FBlockID, FktID) are assigned to both the function blocks and to the functions provided by a function block. They can be taken from the so-called "Function Catalog", as can the identifiers of the operation types. For example, the "Audio Disk Player" FBlock has FBlockID=0x31 and the "Track Position" function has FktID=0x202.



Preliminary Comparison of General Motors vehicles using the MOST bus with U.S. Patent No. 6,526,460

| | |
|---|---|
| | > The separation of function and network and functional modeling make it possible to implement a functional communication model that is fully independent of physical components (MOST devices). Therefore, it does not matter which of the MOST devices is used to contain a specific function.<br><br>https://web.archive.org/web/20150607015526/http://www.vector.com/portal/medien/cmc/press/PTR/SerialBusSystems_Part5_ElektronikAutomotive_200712_PressArticle_EN.pdf at 2.<br><br><br><br>Figure 1: Structure of a MOST device that among other things hosts the "Audio Disk Player" functional block. For system management, the Net Block is mandatory for each MOST device, and system functions are mandatory for each function block.<br><br>https://web.archive.org/web/20150607015526/http://www.vector.com/portal/medien/cmc/press/PTR/SerialBusSystems_Part5_ElektronikAutomotive_200712_PressArticle_EN.pdf at 1. |
| a common vehicle data bus, each of the plurality of equipment units being connected | General Motors vehicles using the MOST bus include a common vehicle data bus, each of the plurality of equipment units being connected to the common vehicle data bus via the associated one of the hardware interfaces. |



Preliminary Comparison of General Motors vehicles using the MOST bus with U.S. Patent No. 6,526,460

| | |
|---|---|
| to the common vehicle data bus via said associated one of said hardware interfaces; and | **Principle of a Multimedia Network**<br>An important feature of a multimedia network is that it transports not only control data and sensor data, e.g. like the CAN bus and I bus (instrumentation bus). A multimedia network can also carry digital audio and video signals and graphics as well as other data services.<br><br>**Information transmitted on MOST network**<br><br>[Diagram: MOST network ring with Audio, Video, RGB, Data Services, and Control nodes. KT-9387]<br><br>MOST Bus Specification at 4. |

7



Preliminary Comparison of General Motors vehicles using the MOST bus with U.S. Patent No. 6,526,460

| | | |
|---|---|---|
| | | 

**MOST Network Interface**

The MOST Network Interface (Figure 3) ensures that the function blocks housed on the various MOST devices are capable of real communication with one another. The MOST System Services (Low Level System and MOST Network Services) provide the communication functionalities needed to transport all multimedia relevant data (time-continuous bit streams, packet data and control data). Low Level System Services (Layer 2 services) are implemented in hardware (Network Interface Controller – NIC) and are placed over the Physical Layer.

Figure 3: Difference between NIC and INIC architectures in a MOST device

https://web.archive.org/web/20150607015526/http://www.vector.com/portal/medien/cmc/press/PTR/SerialBusSystems_Part5_ElektronikAutomotive_200712_PressArticle_EN.pdf at 3. |

8



Preliminary Comparison of General Motors vehicles using the MOST bus with U.S. Patent No. 6,526,460



MOST Bus Specification at 11.



Preliminary Comparison of General Motors vehicles using the MOST bus with U.S. Patent No. 6,526,460

| | |
|---|---|
| wherein the applications are assigned flexibly controllable functions having respective software interfaces, each function being respectively assigned one of said software interfaces for exchanging data with other ones of software interfaces and/or said hardware interfaces, wherein the functions are executed within any desired one of said equipment units. | General Motors vehicles using the MOST bus include applications assigned flexibly controllable functions having respective software interfaces, each function being respectively assigned one of said software interfaces for exchanging data with other ones of software interfaces and/or said hardware interfaces, wherein the functions are executed within any desired one of said equipment units.<br><br>**Control Unit/Control Unit Connection**<br>The MOST ring is composed of optical point-to-point connections between 2 control units. Each control unit has a network interface. The network interface consists of:<br><br>• An opto-electrical converter (optical waveguide receiver, already mentioned).<br>• An opto-electrical converter (optical waveguide transmitter, already mentioned).<br>• A MOST transceiver (interface between the optical waveguide receiver/transmitter and the electronic network driver).<br>• A network driver, the so-called NetServices.<br><br>The NetServices run on a microcontroller (main computer in the control unit)<br><br>On the application level, a control unit in the MOST framework contains stand-alone function units, so-called function blocks. Examples of function blocks include:<br><br>• Tuners<br>• Amplifiers<br>• CD players<br><br>A control unit can contain several function blocks at one time, e.g. the AVT contains the functions:<br><br>• Antenna<br>• Amplifier<br>• Tuner<br><br>MOST Bus Specification at 7. |



Preliminary Comparison of General Motors vehicles using the MOST bus with U.S. Patent No. 6,526,460

**Interfaces**

The following contains a brief summary of the tasks of the connected control units in the MOST framework:

**Control Display**

The Control Display is the system master of all MOST bus functions and serves as the power master. It wakes up the bus and is responsible for switching it off (power down). The DIS Plus and GT1 will show a Control Display and a Control Display (Gateway).

**Audio System Controller (ASK)**

The audio system controller has the following controller functions:

**Network Master**

The ASK performs the role of network master for the MOST bus. The functions of the network master are the following:

- Wake-up, initialization, power-down
  The network master wakes up the bus and has the task of achieving an orderly initialization of the network. The ASK can operate with KLR off. To turn it on, push in the volume/ON/OFF knob. Adjustments and control is carried out by using the Controller and Control Display.
  Another task of the network master is to control the power-down process. Each power-down is initiated and started by the ASK.
- Configuration control
  The network master detects the exact system configuration each time that the network is started and compares it to the stored coded configuration.
- Control of the network operation
  The network master controls the MOST transceiver of the slave equipment for correct operation. The equipment which is not operating properly will be released by a reset or switched to low power mode so that they do not affect bus communication.
- Fault code memory
  The network master includes the fault code memory of the MOST network. It stores all the faults occurring during the network operation as well as deviations from the nominal configuration.



Preliminary Comparison of General Motors vehicles using the MOST bus with U.S. Patent No. 6,526,460

| | |
|---|---|
| | MOST Bus Specification at 8.<br><br>**Audio Master**<br>As audio master, the ASK has the task to collect and process all the audio signals of the vehicle and to distribute them to their destinations.<br>The ASK controls all the acoustic requests from the Control Display. The changes in the level of a signal is not sudden, but smooth, e.g. during suppression, insertion and fading out or temporary suppression of the signal at the destination: Because of this, a high-quality acoustic sound is obtained.<br>The ASK also assumes the generation and preparation of different acoustic signals, e.g. PDC signals and warnings. In the event of a request for a warning or caution signal from a control unit, the ASK provides a clean acoustic change of the signals.<br><br>• Audio data<br>   All audio data from any control unit are converted by the ASK into digital audio AF format at a sampling rate of 44.1 MHz.<br>• Categorization of audio sources<br>   All possible audio sources are divided into different groups according to priority. Warning signals have priority over any other audio source. Mixing of lower priority audio signals (e.g. navigation, radio) is possible.<br>• Generation of acoustic gongs<br>   These are acoustic alarm signals which help the driver perceive sounds according to a system. The different sounds, requested by the different control units, (e.g. gongs, PDC, etc.), must be generated only in association with a visual indication. These come from the instrument cluster and the Control Display.<br><br>MOST Bus Specification at 9. |



Preliminary Comparison of General Motors vehicles using the MOST bus with U.S. Patent No. 6,526,460

| | |
|---|---|
| | **Functional modeling**<br><br>A MOST device is subdivided into a functional level and a network level (MOST Network Interface). On the functional level, infotainment functionalities are embodied in so-called function blocks. <u>Each function block, e.g. the Audio Disk Player, provides the MOST network with a dedicated set of functions, e.g. "Track position",</u> that can be accessed by operation types such as "Set" for setting a track or "SetGet" for setting and reading a track (Figure 1).<br><br>Functional addresses (FBlockID, FktID) are assigned to both the function blocks and to the functions provided by a function block. They can be taken from the so-called "Function Catalog", as can the identifiers of the operation types. For example, the "Audio Disk Player" FBlock has FBlockID=0x31 and the "Track Position" function has FktID=0x202.<br><br><u>The separation of function and network and functional modeling make it possible to implement a functional communication model that is fully independent of physical components (MOST devices).</u> Therefore, it does not matter which of the MOST devices is used to contain a specific function.<br><br>https://web.archive.org/web/20150607015526/http://www.vector.com/portal/medien/cmc/press/PTR/SerialBusSystems_Part5_ElektronikAutomotive_200712_PressArticle_EN.pdf at 2. |

