EXHIBIT J

Preliminary Comparison of GM OnStar with U.S. Patent No. 8,331,998

| 8. <u>A method for communication in a vehicle, the method comprising</u>: | General Motors vehicles equipped with OnStar practice a method for communication in a vehicle. **************************************************************************************************** |
| --- | --- |
| |  |
| | Source: https://my.gmc.com/onstar/activate. |
| | You can't put a price on peace of mind. OnStar lets you drive with confidence, knowing an Emergency-Certified Advisor is ready to help no matter what happens out on the road. |
| | Source: https://www.onstar.com/us/en/home/ |
| | Cars equipped with OnStar have a small panel located in the rearview mirror, the dashboard or an overhead console, depending on the model. The blue OnStar button allows you to contact a live or virtual advisor. The red button with the cross on it is for emergencies, and the phone or "white dot" button allows you to make phone calls just as if you were using a cell phone. |
| | Source: https://auto.howstuffworks.com/onstar.htm |

Preliminary Comparison of GM OnStar with U.S. Patent No. 8,331,998

| | |
|---|---|
| communicatively coupling an integrated rear view mirror/communications apparatus with first and second communications devices, wherein the integrated rear view mirror/communications apparatus is adapted to be attached to the vehicle and the first and second communications devices are physically separate from the integrated rear view mirror/communications apparatus; | The OnStar enabled Rear-View Mirror communicatively couples an integrated rear view mirror/communications apparatus with first and second communications devices, wherein the integrated rear view mirror/communications apparatus is adapted to be attached to the vehicle and the first and second communications devices are physically separate from the integrated rear view mirror/communications apparatus.<br><br>The OnStar enabled Rear-View Mirror attached to the vehicle, comprises an Advanced automatic crash notification system (AACN) which receives vehicle information from the sensors/SDM module attached at different locations. The OnStar enabled Rear-View Mirror also uses a GPS antenna of the vehicle to collects the location information of the vehicle.<br><br>Recent evidence shows that the OnStar can also receive information about the status of a vehicle from the onboard diagnostic system.<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br><br>Cars equipped with OnStar have a small panel located in the rearview mirror, the dashboard or an overhead console, depending on the model. The blue OnStar button allows you to contact a live or virtual advisor. The red button with the cross on it is for emergencies, and the phone or "white dot" button allows you to make phone calls just as if you were using a cell phone.<br><br>Source: https://auto.howstuffworks.com/onstar.htm#:~:text=The%20OnStar%20Call%20Center%20uses,as%20a%20crash%20data%20recorder).<br><br><br><br>Source: https://my.gmc.com/onstar/activate |

Preliminary Comparison of GM OnStar with U.S. Patent No. 8,331,998

The AACN system comprises four components: sensors, the Sensing Diagnostic Module (which includes the event data recorder), the VCIM and the cellular antenna. The number and location of sensors vary depending on the specific car, but they all work the same way. When the car is in a crash, sensors transmit information to the Sensing Diagnostic Module (SDM). The SDM also includes an accelerometer, which measures the severity of the crash based on gravitational force. (The range is 1.0 to 2.0 gs, depending on the vehicle.)

Source:
https://auto.howstuffworks.com/onstar.htm#:~:text=The%20OnStar%20Call%20Center%20uses,as%20a%20crash%20data%20recorder).

### 4.1.2 GM Advanced Automatic Crash Notification System (AACN)

Now OnStar has developed a new ACN system for their customers which will be available in the above stated brand cars from 2005. This OnStar ACN system uses front and side sensors as well as the sensing capabilities of the Sensing and Diagnostic Module (SDM) itself. The accelerometer located within the SDM measures the crash severity. The locations of the sensors and other equipment are shown in figure 7.



*Figure 7: Locations of sensors and SDM in GM car*

Source: http://webfiles.ita.chalmers.se/~mys/ActiveSafety05/ProjectReports05/Group5.pdf, Page 14

Preliminary Comparison of GM OnStar with U.S. Patent No. 8,331,998

| | |
|---|---|
| | OnStar draws its data from the car's OBD-II port, granting it access to vehicle diagnostics and airbag data (so it knows when to call for the emergency services), as well as the GPS antenna for locational data, and a CDMA cellular connection for phone calls and data transmission.<br><br>Source: https://www.gearbrain.com/gm-onstar-connected-car-features-2646828599.html |
| receiving, by the integrated rear view mirror/communications apparatus, information from the first communications device, the information pertaining to the vehicle; and | General Motors vehicles equipped with OnStar receive, by the integrated rear view mirror/communications apparatus, information from the first communications device, the information pertaining to the vehicle.<br><br>For example, the OnStar Rear-View Mirror receives vehicle information such as crash information from the SDM module or the OBD-II system of the vehicle.<br>**************************************************************************************************<br>The AACN system comprises four components: sensors, the Sensing Diagnostic Module (which includes the event data recorder), the VCIM and the cellular antenna. The number and location of sensors vary depending on the specific car, but they all work the same way. When the car is in a crash, sensors transmit information to the Sensing Diagnostic Module (SDM). The SDM also includes an accelerometer, which measures the severity of the crash based on gravitational force. (The range is 1.0 to 2.0 gs, depending on the vehicle.)<br><br>Source:<br>https://auto.howstuffworks.com/onstar.htm#:~:text=The%20OnStar%20Call%20Center%20uses,as%20a%20crash%20data%20recorder |

Preliminary Comparison of GM OnStar with U.S. Patent No. 8,331,998

<table>
<tr>
<td></td>
<td>

In the event of a moderate to severe frontal or side-impact crash, data is transmitted from the affected sensors to the SDM, see figure 8. The SDM sensor also can identify a rear impact of sufficient severity. Regardless of whether the air bag deploys or not, the SDM transmits crash information to the OnStar module of the vehicle.



*Figure 8: Sending information from sensors to SDM.*

Source: http://webfiles.ita.chalmers.se/~mys/ActiveSafety05/ProjectReports05/Group5.pdf, Page 15

OnStar is also capable of transmitting data from the OBD-II system. This feature can allow OnStar to track your mileage for insurance purposes, provide you with vehicle health reports, or even determine if you've been in an accident. Since you may find yourself unable to reach your cell phone after a serious accident, the OnStar call center is notified when the OBD-II system determines that your airbags have gone off. You may then request assistance if it's needed.

Source: https://www.lifewire.com/gms-onstar-service-534811

</td>
</tr>
<tr>
<td>

transmitting, by the integrated rear view mirror/communications apparatus to a cellular telephone service provider,

</td>
<td>

General Motors vehicles equipped with OnStar transmit, by the integrated rear view mirror/communications apparatus to a cellular telephone service provider, data indicative of said information pertaining to the vehicle while simultaneously maintaining a communications link with the second communications device.

</td>
</tr>
</table>

Preliminary Comparison of GM OnStar with U.S. Patent No. 8,331,998

| | |
|---|---|
| data indicative of said information pertaining to the vehicle while simultaneously maintaining a communications link with the second communications device. | For example, the OnStar enabled Rear-View Mirror transmits the crash information to the OnStar Call Center and establishes a voice connection between the OnStar advisor and driver of the vehicle.<br><br>The OnStar Call Center's advisor uses the GPS of the vehicle to continuously track the vehicle's location.<br>*************************************************************************************************<br><br>Within seconds of a moderate to severe crash, the OnStar module will send a message to the OnStar Call Centre (OCC) through a cellular connection, figure 9, informing the advisor that a crash has occurred. A voice connection between the advisor and the vehicle occupants is established. The advisor can then communicate with 911 or a PSAP, which determines if emergency services are necessary. If there is no response from the occupants, the advisor can get the emergency dispatcher with the crash information from the SDM that reveals the severity of the crash. The dispatcher can identify what kind of emergency services that is appropriate. Using the GPS satellite, OnStar advisors are able to tell emergency workers the location of the vehicle.<br><br>Source: http://webfiles.ita.chalmers.se/~mys/ActiveSafety05/ProjectReports05/Group5.pdf, Page 15<br><br>OnStar draws its data from the car's OBD-II port, granting it access to vehicle diagnostics and airbag data (so it knows when to call for the emergency services), as well as the GPS antenna for locational data, and a CDMA cellular connection for phone calls and data transmission.<br><br>Source: https://www.gearbrain.com/gm-onstar-connected-car-features-2646828599.html<br><br>The SDM sends this information to the VCIM, which uses the cellular antenna to send a message to the OnStar Call Center. When an advisor receives the call, he uses the GPS to find the vehicle's location and calls the car to check with the driver. Even if there's not a measurable impact, the VCIM also sends a message when the air bag goes off, prompting the advisor to call the car's driver.<br><br>Source: https://auto.howstuffworks.com/onstar.htm |