# EXHIBIT K

Preliminary Comparison of the 2016 Cadillac Escalade with U.S. Patent No. 5,978,737

| Claim language | Applicability |
|---|---|
| 1. A system for detecting hazardous conditions during operation of a vehicle, comprising: | The 2016 Cadillac Escalade includes a system for detecting hazardous conditions during operation of a vehicle.<br><br>**Front Automatic Braking (FAB) System**<br><br>If the vehicle has Adaptive Cruise Control (ACC), it also has FAB, which includes Intelligent Brake Assist (IBA). When the system detects a vehicle ahead in your path that is traveling in the same direction that you may be about to crash into, it can provide a boost to braking or automatically brake the vehicle. This can help avoid or lessen the severity of crashes when driving in a forward gear. Depending on the situation, the vehicle may automatically brake moderately or hard. This front automatic braking can only occur if a vehicle is detected. This is shown by the FCA vehicle ahead indicator being lit. See *Forward Collision Alert (FCA) System* ⇨ 242.<br><br>2016 Cadillac Escalade User Manual at 244. |
| a plurality of sensors that monitor a plurality of conditions and transmit condition signals each representing a measure of a condition; | The 2016 Cadillac Escalade includes a plurality of sensors that monitor a plurality of conditions and transmit condition signals each representing a measure of a condition (e.g., vehicle speed, distance to a vehicle ahead, relative velocity, and the driver's operation of the brake or accelerator pedal). |


Kent & Risley LLC

Preliminary Comparison of the 2016 Cadillac Escalade with U.S. Patent No. 5,978,737

| | |
|---|---|
| | **Driver Assistance Systems**<br><br>==When a windshield replacement is needed and the vehicle is equipped with a front-looking camera sensor for the Driver Assistance Systems, the windshield must be installed according to GM specifications for these systems to work properly.== If it is not, there may be unexpected behavior and/or messages from these systems. See *Object Detection System Messages* ⇨ 150.<br><br>2016 Cadillac Escalade User Manual at 287. |



Preliminary Comparison of the 2016 Cadillac Escalade with U.S. Patent No. 5,978,737

| | | |
|---|---|---|
| | **ADAPTIVE CRUISE TEMPORARILY UNAVAILABLE**<br><br>This message displays when attempting to activate Adaptive Cruise Control (ACC) when it is temporarily unavailable. The ACC system does not need service.<br><br>This can occur under the following conditions:<br><br>• The radar is not clean. ==Keep the radar sensors free of mud, dirt, snow, ice, and slush.== Clean the entire front and/or rear of the<br><br>2016 Cadillac Escalade User Manual at 147. | |

3



Preliminary Comparison of the 2016 Cadillac Escalade with U.S. Patent No. 5,978,737

| | | **Parking Assist**<br><br>With Front and Rear Parking Assist, as the vehicle moves at speeds of less than 8 km/h (5 mph) the sensors on the bumpers may detect objects up to 1.2 m (4 ft) in front and 2.5 m (8 ft) behind the vehicle within a zone 25 cm (10 in) high off the ground and below bumper level. These detection distances may be shorter during warmer or humid weather. ==Blocked sensors will not detect objects and can also cause false detections.== Keep the sensors clean of mud, dirt, snow, ice, and slush; and clean sensors after a car wash in freezing temperatures.<br><br>2016 Cadillac Escalade User Manual at 239. |
|---|---|---|



Preliminary Comparison of the 2016 Cadillac Escalade with U.S. Patent No. 5,978,737

## Forward Collision Alert (FCA) System

If equipped, the FCA system may help to avoid or reduce the harm caused by front-end crashes. When approaching a vehicle ahead too quickly, FCA provides a red flashing alert on the windshield and rapidly beeps or pulses the driver seat.

2016 Cadillac Escalade User Manual at 242.

FCA also lights an amber visual alert if following another vehicle much too closely.

FCA detects vehicles within a distance of approximately 60 m (197 ft) and operates at speeds above 40 km/h (25 mph). If the vehicle has Adaptive Cruise Control (ACC), it can detect vehicles to distances of approximately 110 m (360 ft) and operates at all speeds. See *Adaptive Cruise Control* ⇨ 229.

2016 Cadillac Escalade User Manual at 242.



Preliminary Comparison of the 2016 Cadillac Escalade with U.S. Patent No. 5,978,737

==When your vehicle approaches another detected vehicle too rapidly, the red FCA display will flash on the windshield==. Also, eight rapid high-pitched beeps will sound from the front, or both sides of the Safety Alert Seat will pulse five times. When this Collision Alert occurs, the brake system may prepare for driver braking to occur more rapidly which can cause a brief, mild deceleration. Continue to apply the brake pedal as needed. Cruise control may be disengaged when the Collision Alert occurs.

**Tailgating Alert**



==The vehicle ahead indicator will display amber when you are following a vehicle ahead much too closely.==



Preliminary Comparison of the 2016 Cadillac Escalade with U.S. Patent No. 5,978,737

| | |
|---|---|
| | 2016 Cadillac Escalade User Manual at 243.<br><br>**Warning (Continued)**<br>objects. To override FAB, firmly press the accelerator pedal, if it is safe to do so.<br><br>**Intelligent Brake Assist (IBA)**<br>IBA may activate when the brake pedal is applied quickly by providing a boost to braking based on the speed of approach and distance to a vehicle ahead.<br><br>2016 Cadillac Escalade User Manual at 245. |
| a plurality of rate determination circuits coupled to the sensors that continually receive the condition signals, wherein each rate determination circuit calculates rates of change for the condition, including a baseline rate of change, and outputs a potential hazard value representing a deviation of a rate of change from the | The 2016 Cadillac Escalade includes a plurality of rate determination circuits coupled to the sensors that continually receive the condition signals, wherein each rate determination circuit calculates rates of change for the condition, including a baseline rate of change, and outputs a potential hazard value representing a deviation of a rate of change from the baseline rate that exceeds a predetermined threshold value (e.g., the sudden stop or reduction in distance from a vehicle ahead).<br><br>**Prewarning**<br>This warning is issued, for example, when there is the impending danger of a collision or the distance to the vehicle ahead is too small.<br><br>2016 Cadillac Escalade User Manual at 124. |

7



Preliminary Comparison of the 2016 Cadillac Escalade with U.S. Patent No. 5,978,737

| | |
|---|---|
| baseline rate that exceeds a predetermined threshold value; and | |
| an evaluation circuit that receives the potential hazard value, calculates a new potential hazard value using the potential hazard value and a rate of change for at least one associated condition and determines whether an actual hazard exists by comparing the new potential hazard value with a stored value that corresponds to the condition. | The 2016 Cadillac Escalade includes an evaluation circuit that receives the potential hazard value, calculates a new potential hazard value using the potential hazard value and a rate of change for at least one associated condition and determines whether an actual hazard exists by comparing the new potential hazard value with a stored value that corresponds to the condition (e.g., determining whether and how quickly to reduce speed based on factors including the vehicle's speed, the distance from and closing rate to the vehicle ahead, and the driver's operation of the brake pedal).<br><br>**Forward Collision Alert (FCA) System**<br><br>If equipped, the FCA system may help to avoid or reduce the harm caused by front-end crashes. <mark>When approaching a vehicle ahead too quickly,</mark> FCA provides a red flashing alert on the windshield and rapidly beeps or pulses the driver seat.<br><br>2016 Cadillac Escalade User Manual at 242. |

8



Preliminary Comparison of the 2016 Cadillac Escalade with U.S. Patent No. 5,978,737

| | | |
|---|---|---|
| | | **When your vehicle approaches another detected vehicle too rapidly, the red FCA display will flash on the windshield.** Also, eight rapid high-pitched beeps will sound from the front, or both sides of the Safety Alert Seat will pulse five times. When this Collision Alert occurs, the brake system may prepare for driver braking to occur more rapidly which can cause a brief, mild deceleration. Continue to apply the brake pedal as needed. Cruise control may be disengaged when the Collision Alert occurs.<br><br>2016 Cadillac Escalade User Manual at 243. |

9



Preliminary Comparison of the 2016 Cadillac Escalade with U.S. Patent No. 5,978,737

| | |
|---|---|
| | **Front Automatic Braking (FAB) System**<br><br>If the vehicle has Adaptive Cruise Control (ACC), it also has FAB, which includes Intelligent Brake Assist (IBA). When the system detects a vehicle ahead in your path that is traveling in the same direction that you may be about to crash into, it can provide a boost to braking or automatically brake the vehicle. This can help avoid or lessen the severity of crashes when driving in a forward gear. Depending on the situation, the vehicle may automatically brake moderately or hard. This front automatic braking can only occur if a vehicle is detected. This is shown by the FCA vehicle ahead indicator being lit. See *Forward Collision Alert (FCA) System* ⇨ 242.<br><br>2016 Cadillac Escalade User Manual at 244. |

10



Preliminary Comparison of the 2016 Cadillac Escalade with U.S. Patent No. 5,978,737

| | | |
|---|---|---|
| | ![Warning (Continued) objects. To override FAB, firmly press the accelerator pedal, if it is safe to do so. Intelligent Brake Assist (IBA) IBA may activate when the brake pedal is applied quickly by providing a boost to braking based on the speed of approach and distance to a vehicle ahead.]<br>2016 Cadillac Escalade User Manual at 245. | |

11

